UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| B.R., a minor *<br>by her mother and next friend, *<br>ULYSSA REMPSON *<br>  *<br>    Plaintiff *<br>  *<br>  v. *<br>  *<br>DISTRICT OF COLUMBIA, et al *<br>  *<br>    Defendants * | Civil Action No. 07-0578 (RMU) |

**CONSENT MOTION FOR ENLARGMENT OF TIME TO FILE OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS**

The Plaintiff, by and through its undersigned counsel, respectfully requests that the Court grant it an additional thirty (30) days to file an opposition to Defendants' Motion to Dismiss Plaintiff's Complaint. In support thereof, the Plaintiff states as follows:

1. That Plaintiff filed a complaint in the above captioned matter on March 7, 2007.

2. That the Summons issued by the Court bears March 22, 2007 as the date of filing Plaintiff's complaint.

3. That on August 8, 2007, Defendants filed a motion to dismissed premised on Plaintiff's alleged failure to timely file her complaint.

4. That undersigned counsel is still investigating the cause of the inconsistency in the filing dates in an attempt to resolve the problem.

5. That Plaintiff's response in opposition to Defendants' motion to dismiss is due on Wednesday August 22, 2007.

1

6.	That Plaintiff cannot file her opposition by the due date because of the need to resolve the inconsistent filing dates with the clerk's office.

7.	That an extension of time within which to file a response to Defendants' motion to dismiss is necessary because once the clerical error is corrected, Defendants primary ground for dismissal would be moot.

8.	The Plaintiff submits that no party would be prejudiced by the requested extension of time. Moreover, counsel for Defendant District of Columbia consents to the relief requested herein.

WHEREFORE, Plaintiffs, Ulyssa Rempson and B.R. respectfully request that this Honorable Court grant a thirty day extension of time, up to and including Friday, September 21, 2007, to file a response to the motion to dismiss in this matter.

                    Respectfully Submitted,
                    THE IWEANOGES' FIRM, P.C.

                    _/s/*Jude Iweanoge*/s/_
                    Jude C. Iweanoge (DCB#493241)
                    IWEANOGE LAW CENTER
                    1026 Monroe Street, NE
                    Washington, DC  20017
                    Phone: (202) 347-7026
                    Fax: (202) 347-7108
                    Email: jci@iweanogesfirm.com
                    Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **B.R., a minor** * <br> **by her mother and next friend,** * <br> **ULYSSA REMPSON** * <br>     * <br>     **Plaintiff** * <br>     * <br>     **v.** * <br>     * <br> **DISTRICT OF COLUMBIA, et al** * <br>     * <br>     **Defendants** * | **Civil Action No. 07-0578 (RMU)** |

**POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITON TO MOTION TO DISMISS**

1. Fed. R. Civ. P. 6(b).

2. Fed. R. Civ. P. 12

3. The interest of justice and the record herein.

Respectfully Submitted,
THE IWEANOGES' FIRM, P.C.


            /s/*Jude Iweanoge*/s/
Jude C. Iweanoge (DCB#493241)
IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, DC  20017
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: jci@iweanogesfirm.com

Attorney for Plaintiff

3