## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| B.R., a minor, | : | | |
| by her mother and next friend, | : | | |
| ULYSSA REMPSON, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 07-0578 (RMU) |
| | : | | |
| v. | : | Document No.: | 2 |
| | : | | |
| DISTRICT OF COLUMBIA *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

### ORDER

**GRANTING THE DEFENDANTS' MOTION TO DISMISS;
GRANTING THE PLAINTIFF LEAVE TO AMEND HER COMPLAINT**

For the reasons stated in this court's Memorandum Opinion separately and

contemporaneously issued this 3rd day of December, 2007, it is hereby

**ORDERED** that the defendant's motion defendant's motion to dismiss is **GRANTED** in

**PART** and **DENIED** in **PART**.  The §1983 claim is dismissed. The court grants the plaintiff

leave to amend her §504 claim.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge