UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| B.R., a minor,<br>by her mother and next friend,<br>ULYSSA REMPSON, | :<br>:<br>:<br>: |
| Plaintiff, | : |
| v. | : Civ. No. 07-0578 (RMU) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO AMENDED COMPLAINT**

On December 3, 2007, an Order issued by this Court granted Plaintiff sixty days from the date of that Order to amend her Complaint. Defendants, by counsel, and pursuant to Fed. R. Civ. P. 6(b)(1), respectfully move this Court to allow Defendants to forgo a response to the original Complaint, and to grant an extension to file a response to Plaintiff's Amended Complaint until thirty days after the Amended Complaint is filed.

1. Plaintiff filed the instant action on March 7, 2007, against the District of Columbia. Plaintiff is appealing an administrative hearing officer's determination ("HOD") under the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. 1400 et seq. ("IDEIA"), issued on December 7, 2006. Plaintiff alleges that the District of Columbia Public Schools ("DCPS") failed to provide her son, B.R., with a free appropriate public education ("FAPE"). For relief, Plaintiff seeks an order directing the Defendant to fund B.R.'s placement at the High Road School for the remainder of the

2007-2008 school year, and awarding compensatory education for past IDEIA violations. See Complaint, p. 7.

2.     On July 19, 2007, Plaintiff served the Complaint upon the Office of the Attorney General for the District of Columbia, and the Mayor of the District of Columbia. The Defendants responded on August 8, 2007, by filing a motion to dismiss the complaint arguing that Plaintiff's Complaint was not filed within the proper limitations period under the IDEIA, and failed to support her Civil Rights Act claims under §1983 ("§1983"), and her Rehabilitation Act claims under § 504 ("§ 504").[1] On December 3, 2007, this Court granted Defendants' Motion as to the §1983 claims, and denied the motion as to the § 504 claims, allowing the Plaintiff sixty days from the date of the Order to amend her complaint as to the § 504 claims.

3.     Under rule 12(a), Defendants' answer to the Complaint would normally be due on December 13, 2007— ten days after the Order regarding the motion to dismiss was issued by this Court. Fed. R. Civ. P. 12(a)(4)(A).

4.     On December 4, 2007, Defendant contacted Plaintiff's Counsel seeking information as to whether: 1) Plaintiff intended to amend her Complaint, and if so, 2) whether she would consent to Defendants answering the Amended Complaint thirty days after it was filed, rather than the Defendants submitting an answer to the original Complaint, some of which might be changed, and thereafter having to file a second answer superseding the first in any event. Plaintiff's counsel advised that an Amended Complaint would be filed, and consented to a grant of this motion.

---

[1] Defendant withdrew the portion of the motion based on the Complaint being outside the statute of limitations period. See Memorandum Opinion p. 2 FN 2, filed December 2, 2007.

Thus, Defendants respectfully seek an Order granting leave to answer the Complaint herein until 30 days after the Plaintiff's Amended Complaint is filed herein. A memorandum of points and authorities in support this Motion as well as a proposed Order, are attached.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the
        District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*
        EDWARD P. TAPTICH [#012914]
        Chief, Equity Section II

        */s/ Amy Caspari*
        AMY CASPARI [#488968]
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-7794
December 12, 2007        amy.caspari@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **B.R., a minor,** <br> **by her mother and next friend,** <br> **ULYSSA REMPSON,** <br> <br> Plaintiff, <br> <br> v. <br> <br> **DISTRICT OF COLUMBIA, et al.,** <br> <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : Civ. No. 07-0578 (RMU) <br> : <br> : <br> : <br> : |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO AMENDED COMPLAINT**

In support of Defendants' Consent Motion for Enlargement of Time to File a Response to Plaintiff's Amended Complaint, Defendants herein submit and rely upon the following authorities:

1. Fed. P. Civ. R. 6(b)(1);

2. The entire record herein;

3. Consent of the parties;

4. The lack of undue prejudice to the parties; and

5. The Court's equitable powers.

                                                                                            Respectfully submitted,

                                                                                            LINDA SINGER
                                                                                            Attorney General for the
                                                                                            District of Columbia

                                    GEORGE C. VALENTINE
                                    Deputy Attorney General
                                    Civil Litigation Division

                                    ***/s/ Edward P. Taptich***
                                    EDWARD P. TAPTICH [#012914]
                                    Chief, Equity Section II

                                    ***/s/ Amy Caspari***
                                    AMY CASPARI [#488968]
                                    Assistant Attorney General
                                    441 Fourth Street, N.W.
                                    Sixth Floor South
                                    Washington, D.C. 20001
                                    (202) 724-7794
December 12, 2007                    amy.caspari@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **B.R., a minor,** <br> **by her mother and next friend,** <br> **ULYSSA REMPSON,** <br><br> Plaintiff, <br><br> v. <br><br> **DISTRICT OF COLUMBIA, et al.,** <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : Civ. No. 07-0578 (RMU) <br> : <br> : <br> : <br> : |

**ORDER**

Upon consideration of Defendants' Consent Motion for Enlargement of Time to File a Response to Plaintiff's Amended Complaint, it is by the Court this _____ day of _____, 2007,

ORDERED: that Defendants' Consent Motion for Enlargement of Time to File a Response to Plaintiff's Amended Complaint is hereby GRANTED, and it is,

FURTHER ORDERED: that Defendants' answer to the Complaint herein shall be filed no later than thirty days after Plaintiff's Amended Complaint is filed.

_____
U.S. District Court for the District of Columbia